1  EILEEN M. DECKER
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  ELLINOR CODER, CSBN 258258
5  Special Assistant United States Attorney
6         Social Security Administration
           160 Spear Street, Suite 800
7          San Francisco, CA  94105
8          Telephone: (415) 977-8955
           Facsimile: (415) 744-0134
9          Email: Ellinor.Coder@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NATALIE ANN HUBBARD, | Case No. 2:14-cv-06154-GJS |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, and pursuant to the Court's concurrent Order of Remand,

-1-

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand, and this case is closed.

DATED: July 29, 2015

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE